UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GARY EBERT             CIVIL ACTION NO. 17-cv-0925

VERSUS                JUDGE FOOTE

FUSION SPORTS SARL, ET AL     MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Gary Ebert filed this civil action against a number of defendants. Attorney Joey W. Hendrix, who is not a defendant but who is mentioned in Mr. Ebert's allegations, recently filed a Motion to Quash Subpoena (Doc. 25) that represents that Hendrix received a Rule 45 subpoena in this matter. Hendrix asks the court to quash the subpoena on the grounds that he was not tendered a witness fee and for other alleged deficiencies. The motion does not attach a copy of the subpoena or provide any meaningful detail about what the subpoena requested.

The **Motion to Quash Subpoena (Doc. 25)** is **granted** because a party, including Mr. Ebert, may not seek discovery from any source before the parties have conferred as required by Rule 26(f). Fed. R. Civ. Pro. 26(d)(1). This case has not reached that stage of the litigation, so the attempt to subpoena Hendrix is premature. Furthermore, in light of the pending motions to dismiss and motion to disqualify counsel, the court exercises its discretion to order that **all discovery in this case is stayed pending further order of the court**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 5th day of January, 2018.

Mark L. Hornsby
U.S. Magistrate Judge